**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SCOTT MAGHAKIAN,** | : | **No. 3:12cv2346** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **CABOT OIL & GAS CORPORATION, GASSEARCH DRILLING SERVICES CORPORATION,** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## **ORDER**

**AND NOW**, to wit, this 20th day of August 2014, defendants' motions to dismiss (Docs. 47, 49) plaintiff's first amended complaint are hereby **DENIED**.

                                                                                 **BY THE COURT:**

                                                                                 **s/ James M. Munley**
                                                                                 **JUDGE JAMES M. MUNLEY**
                                                                                 **United States District Court**