# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT MAGHAKIAN,<br>        Plaintiff<br><br>        v.<br><br>CABOT OIL & GAS CORPORATION and GASSEARCH DRILLING SERVICES CORPORATION,<br>        Defendants | No. 3:12cv2346<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 18th day of March 2016, Cabot Oil & Gas Corporation and Gassearch Drilling Services Corporation's motion for summary judgment (Doc. 91) is **GRANTED**.  The Clerk of Court is directed to enter judgment in favor of defendants and to close this case.

It is further **ORDERED** that Cabot Oil & Gas Corporation and Gassearch Drilling Services Corporation's motions to exclude the testimony of Ernest Chiodo (Doc. 94) and John Lindenschmidt (Doc. 97) are **DENIED** as **MOOT**.

                                              **BY THE COURT:**

                                              **s/ James M. Munley**
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**